**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   RHONDA WHITTENBURG, ET. AL.,            No. C 11-02320 CRB
12           Plaintiffs,                     **ORDER CONSOLIDATING CASES**
13       v.
14   KOHLS CORPORATION, ET. AL.,
15           Defendants.
16   _____/

17       Defendant Kohl's Corporation ("Defendant") filed a Motion to Consolidate
18   Burdewick v. Kohl's Department Stores, Inc., No. 12-119, and Shirvanian v. Kohl's Corp.,
19   No. 11-4427, with this action. Dkt. 22. Defendant filed Notice of this Motion in both of
20   these cases. See Dkt. 21 in case No. 11-4427, Dkt. 16 in case No. 12-119. Plaintiff
21   Whittenburg filed a Notice of Non-Opposition to the Motion. Dkt. 23. Plaintiff Shirvanian
22   also filed a Notice of Non-Opposition in case No. 11-4427. Dkt. 22. Plaintiff Burdewick has
23   not filed anything in response to the Notice.
24       The Court, having carefully considering the papers and evidence filed by the parties,
25   hereby ORDERS as follows:
26       (1) Pursuant to Local Rule 7-1(b), the hearing scheduled for Friday, February 24 is
27   VACATED;
28       (2) Defendant's Motion is GRANTED;

(3) <u>Burdewick v. Kohl's Department Stores, Inc.</u>, No. 12-119, and <u>Shirvanian v. Kohl's Corp.</u>, No. 11-4427, are hereby consolidated with this case for all purposes.

**IT IS SO ORDERED.**

Dated: February 22, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2