IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RHONDA WHITTENBURG, ET. AL.,

       Plaintiffs,

v.

KOHLS CORPORATION, ET. AL.,

       Defendants.

_____/

No. C 11-02320 CRB

**ORDER CONSOLIDATING CASES**

    Defendant Kohl's Corporation ("Defendant") filed a Motion to Consolidate Burdewick v. Kohl's Department Stores, Inc., No. 12-119, and Shirvanian v. Kohl's Corp., No. 11-4427, with this action. Dkt. 22. Defendant filed Notice of this Motion in both of these cases. See Dkt. 21 in case No. 11-4427, Dkt. 16 in case No. 12-119. Plaintiff Whittenburg filed a Notice of Non-Opposition to the Motion. Dkt. 23. Plaintiff Shirvanian also filed a Notice of Non-Opposition in case No. 11-4427. Dkt. 22. Plaintiff Burdewick has not filed anything in response to the Notice.

    The Court, having carefully considering the papers and evidence filed by the parties, hereby ORDERS as follows:

    (1) Pursuant to Local Rule 7-1(b), the hearing scheduled for Friday, February 24 is VACATED;

    (2) Defendant's Motion is GRANTED;

**United States District Court**
For the Northern District of California

1      (3) <u>Burdewick v. Kohl's Department Stores, Inc.</u>, No. 12-119, and <u>Shirvanian v.

2 Kohl's Corp.</u>, No. 11-4427, are hereby consolidated with this case for all purposes.

3

4      **IT IS SO ORDERED.**

5

6

7 Dated: February 22, 2012                      CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California